**Order entered October 10, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00874-CV

### JAMES DAMONTE, Appellant

### V.

### HALLMARK FINANCIAL SERVICES, INC. AND HEATH XS, LLC, Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05976**

## ORDER

Before the Court is appellant's October 9, 2018 unopposed motion for an extension of

time to file a reply brief. We **GRANT** the motion and extend the time to **November 5, 2018**.


/s/     ADA BROWN
        JUSTICE